UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTURO OSIEL VALENCIA BARRERA, | CASE NO. C25-2195-KKE |
| Petitioner(s), | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| WESTERN STATE HOSPITAL, | |
| Respondent(s). | |

Petitioner Arturo Osiel Valencia Barrera, representing himself, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.  *See* Dkt. No. 10.  This matter is now before the Court on the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge.  Dkt. No. 17.  Valencia Barrera filed no objections to the R&R.

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation (Dkt. No. 17) is approved and adopted.

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 10) and this action are DISMISSED without prejudice.

(3) Petitioner's motion for an extension of time (Dkt. No. 16) is DENIED.

(4) A certificate of appealability is DENIED under 28 U.S.C. § 2253(c)(2).

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(5) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable S. Kate Vaughan.

Dated this 17th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2